# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No.: 13-05269-TOM |
| Samantha Eden Alexander ) | |
| ) | Chapter 13 |
| Debtor, ) | |
| ) | |
| Samantha Eden Alexander ) | |
| ) | |
| Plaintiff, ) | ADVERSARY PROCEEDING |
| ) | |
| Mason Companies, Inc. *d/b/a K.* ) | |
| *Jordan*; and ) | NO. _____ |
| Monroe Enterprises, Inc. *d/b/a* ) | |
| *Credit Bureau Centre* ) | |
| ) | |
| Defendant, ) | |

## COMPLAINT SEEKING DAMAGES IN CORE ADVERSARY PROCEEDING

COMES NOW the Plaintiff, Samantha Eden Alexander, in the above-styled bankruptcy case, by and through counsel, and does allege and complain as follows:

## INTRODUCTION

1. This is an action for actual and punitive damages filed by the debtor pursuant to Section 362 of the Bankruptcy Code.

## JURISDICTION AND VENUE

2. Jurisdiction is conferred on this Court pursuant to the provisions of Section 1334 of Title 28 of the United Stated Code in that this proceeding arises in and is related to the above-captioned Chapter 13 case under Title 11. This Court has both personal and subject matter jurisdiction to hear this case pursuant to Section 1334 of Title 28 of the United States Code and Section 157(b)(2) of Title 28 of the United States Code.

3. This matter is a core proceeding and therefore the Bankruptcy Court has jurisdiction to enter a final order. However, in the event this case is determined to be a non-core proceeding then and in that event the Plaintiff consents to the entry of a final order by the Bankruptcy Judge.

4. Venue lies in this District pursuant to Section 1391(b) of Title 28 of the United States Code.

## PARTIES

5. Plaintiff, Samantha Eden Alexander, is a natural person who resides in Jefferson County, Alabama and is a debtor under Chapter 13 of Title 11 of the United States Code in case number 13-05269, which is presently pending before this court. The Plaintiff is hereinafter referred to as the Plaintiff or the Debtor.

6. The Defendant, Mason Companies, Inc. doing business as K. Jordan (hereinafter "K. Jordan"), is a corporation with its principal place of business located at 1251 First Avenue, Chippewa Falls, Wisconsin 54729.

7. The Defendant, Monroe Enterprises, Inc. doing business as Credit Bureau Centre (hereinafter "CBC"), is a corporation with its principal place of business located at 1804 10th Street, Monore, Wisconsin 53566. Upon information and belief, CBC was hired or contracted by K. Jordan to collect the debt which is the subject of this complaint, or K. Jordan sold, transferred or assigned the subject debt to CBC.

## FACTUAL ALLEGATIONS

8. The above-styled bankruptcy case was filed in good faith in the Northern District of Alabama, Northern Division, on November 26, 2013, for the purpose of receiving relief under Chapter 13 of the United States Bankruptcy Code. Consequently, an order of relief

was entered in the above-styled case on the same day, pursuant to 11 U.S.C. § 301, thus triggering an automatic stay, pursuant to 11 U.S.C. § 362(a), of all debt collection efforts against the Plaintiff/Debtor.

9. K. Jordan was scheduled as a creditor without security or priority. A copy of Schedule F listing K. Jordan as a general unsecured creditor is attached to this complaint and incorporated herein by reference as Exhibit "A". Neither the Plaintiff nor her attorneys have any knowledge of any letters sent by this Court to K. Jordan providing notice of the Plaintiff's bankruptcy filing being returned for an insufficient or incorrect address or for any other reason.

10. K. Jordan, through D. M. Mason and Creditors Bankruptcy Service, filed a sworn proof of claim with this Court on or about January 17, 2014. The sworn proof of claim filed by K. Jordan is identified as claim number 11. The claim reflected a total alleged outstanding liability in the amount of $606.97. See Exhibit "B".

11. On or about July 22, 2016, thirty (30) months after filing the aforementioned sworn proof of claim, the Defendant, CBC, sent a demand letter to the Plaintiff stating:

DEMAND NOTICE!

WAIT!!! Before you put this notice down, send us your full amount.

You will take notice that your Creditor has a claim against you. Said debt is now overdue, and this debt has to be paid.

See Exhibit "C". Upon information and belief, the debt for which demand was made by CBC is the same debt represented by claim number 11.

12. Upon further information and belief, the subject account was sold, transferred or assigned by K. Jordan to CBC after the Plaintiff's bankruptcy case was commenced and claim number 11 was filed. The Defendants had a duty to "scrub" the debt to determine whether

it was included in bankruptcy before they sold, transferred assigned, purchased or acquired and attempted to collect it.

13. The Plaintiff has been harassed and damaged by the Defendants' conduct in that she has been and continues to be forced to expend her time and expenses toward the defense of this claim. She has suffered emotional distress and worry in that she thought collection on the subject debt had been stayed by her bankruptcy filing.

## FIRST CLAIM FOR RELIEF
## VIOLATION OF THE AUTOMATIC STAY

14. The allegations in paragraphs 1 through 13 of this complaint are realleged and incorporated herein by this reference.

15. The actions of the Defendants in attempting to collect a debt which is included in bankruptcy constitute a gross violation of the automatic stay as set forth in 11 U.S.C. Section 362(a)(6).

16. As a result of the above violations of 11 U.S.C. Section 362, the Defendants are liable to the Plaintiff for actual damages, punitive damages and legal fees.

## SECOND CLAIM FOR RELIEF
## VIOLATION OF THE FAIR DEBT COLLECTIONS PRACTICES ACT

17. The allegations in paragraphs 1 through 16 of this complaint are realleged and incorporated herein by this reference.

18. The Plaintiff is a "consumer" as that term is defined by the FDCPA, 15 USC § 1692a(3). Defendant CBC is engaged in the business of collection of debts from consumers. The Defendant CBC is a "debt collector" as defined by the FDCPA, 15 USC §1692a(6).

19. Under the provisions of the FDCPA, CBC is prohibited from falsely representing the character, amount, or legal status of any debt by FDCPA §1692e (2)(A).

20. By violating the FDCPA 15 USC §1692e(2)(A), CBC has demonstrated contempt for this Court's Order and this should be considered by the Court as a reason to award punitive damages, considering Defendant's extensive appearances within the court system.

**WHEREFORE, PREMISES CONSIDERED,** the Plaintiff having set forth her claim for relief against the Defendants respectfully prays of the Court as follows:

A. That the Plaintiff have and recover against the Defendants a sum to be determined by the Court in the form of actual damages;
B. That the Plaintiff have and recover against the Defendant CBC a sum to be determined by the Court in the form of statutory damages;
C. That the Plaintiff have and recover against the Defendants a sum to be determined by the Court in the form of punitive damages;
D. That the Plaintiff have and recover against the Defendants all reasonable legal fees and expenses incurred by her attorney;
E. That the underlying debt be forever canceled and discharged; and
F. That the Plaintiff have such other and further relief as the Court may deem just and proper.

Respectfully submitted this the 11th day of August, 2016.

/s/ *Bradford W. Botes*
Bradford W. Botes, Attorney for Plaintiff
Bond, Botes, Reese & Shinn, P.C.
600 University Park Place, Suite 510
Birmingham, Alabama 35209
Telephone: (205) 802-2200
Facsimile: (205) 870-3698
Email: bbotes@bondnbotes.com

Case 16-00083-TOM    Doc 1    Filed 08/11/16    Entered 08/11/16 10:36:39    Desc Main
Document      Page 5 of 12


# EXHIBIT "A"

In re **Samantha Eden Alexander**, Case No. _____
                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | | | | | |
| Account No.<br><br>**K JORDAN**<br>**913 1ST AVENUE**<br>**CHIPPEWA FALLS, WI 54729** | | - | **OPEN ACCOUNT** | | | | 1,000.00 |
| Account No. | | - | | | | | |
| Account No. | | | | | | | |
| Account No. | | - | | | | | |

Sheet no. **5** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

B 10 (Official Form 10) (12/11)

1812491

| UNITED STATES BANKRUPTCY COURT **NORTHERN** DISTRICT OF **ALABAMA** | | **PROOF OF CLAIM** |
|---|---|---|
| Name of Debtor:<br>ALEXANDER, SAMANTHA EDEN | Case Number:<br>13-05269-TOM13 | |

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
K. JORDAN

**COURT USE ONLY**

Name and address where notices should be sent:
K. JORDAN
c/o CREDITORS BANKRUPTCY SERVICE
P. O. BOX 740933
DALLAS, TX 75374

Telephone number:   email:
(972) 644-1127

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number:_____
(*If known*)

Filed on:_____

Name and address where payment should be sent (if different from above):

Telephone number:   email:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

1. **Amount of Claim as of Date Case Filed:**   $ 606.97

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☑ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. **Basis for Claim:** GOODS SOLD
   (See instruction #2)

| 3. Last four digits of any number by which creditor identifies debtor:<br>__9B2J__ | 3a. Debtor may have scheduled account as:<br><br>(See instruction #3a) | 3b. Uniform Claim Identifier (optional):<br><br>(See instruction #3b) |
|---|---|---|

4. **Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
**Describe:**

Value of Property: $_____

Annual Interest Rate_____% ☐ Fixed  or  ☐ Variable
(when case was filed)

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:
$_____

Basis for perfection: _____

Amount of Secured Claim:  $_____

Amount Unsecured:  $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

**Amount entitled to priority:**

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(___).

$_____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. **Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

B 10 (Official Form 10) (12/11)  2

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**8. Signature:** (See instruction #8)

Check the appropriate box.

☐ I am the creditor.   ☒ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, indorser, or other codebtor.
(Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: D. M. MASON
Title: AGENT FOR CREDITOR
Company: CREDITORS BANKRUPTCY SERVICE
Address and telephone number (if different from notice address above):   (Signature)   01/03/14 (Date)

Telephone number:   email:
*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

1812491

```
IRC112                                        K.Jordan                                              PAGE:    1
                    BANKRUPCY AUDIT REPORT FOR ACTION CODE   427 WRITTEN BANKRUPTCY NOTICE      12/04/13 09.53.16
   ACCOUNT NUMBER    NAME AND ADDRESS        BALANCE OPEN DTE LAST PDT LST PYMT ATTNY PHN  ATTORNEY NAME       CASE NUMBER
   -------------     ----------------        ------- -------- -------- -------- ---------  -------------       -----------
            9   B2J  SAMANTHA ALEXANDER      606.97  20111116 20130412   19.00  2058022200 J SHINN             13-05269*11.26.13
                     708 24TH AVE NW APT E                                          PRINCIPLE BAL:  565.57
                     BIRMINGHAM    AL 35215 3038                                    FINANCE CHRG:    31.40
                                                                                    LATE CHRG:      10.00
                                                                                    NSF CHRG:        0.00
```

CREDITOR IS A DIRECT MAIL MERCHANT; THE MAJORITY OF ITS TRANSACTIONS, INCLUDING ACCOUNT OPENINGS, OCCUR OVER THE PHONE OR INTERNET WITHOUT A PHYSICAL SIGNATURE FROM THE CONSUMER. MOREOVER, THE COMPANY DOES NOT MAINTAIN PHYSICAL COPIES OF ACCOUNT STATEMENTS. THE COMPANY DOES RETAIN ACCOUNT INFORMATION IN ELECTRONIC FORMAT THAT IS REGULARLY GENERATED, STORED AND MAINTAINED BY THE COMPANY IN ACCORDANCE WITH GENERALLY ACCEPTED STANDARDS IN THE RETAIL AND FINANCIAL INDUSTRIES BY INDIVIDUALS THAT POSSESS THE KNOWLEDGE AND TRAINING NECESSARY TO ENSURE THE ACCURACY AND RELIABILITY OF THE RECORDS. ALTHOUGH THE COMPANY DOES NOT HAVE THE ABILITY TO READILY CREATE A REPLICA OF THE STATEMENT AS IT WAS SENT TO THE CONSUMER, THE ACCOUNT INFORMATION IS KEPT AND MAINTAINED IN THE REGULAR AND ORDINARY COURSE OF THE COMPANY'S BUSINESS, MADE AND MAINTAINED BY INDIVIDUALS WHO HAVE A BUSINESS DUTY TO MAKE THE ENTRIES ACCURATELY AT OR NEAR THE TIME OF THE EVENT THEY RECORD, OR REASONABLY SOON THEREAFTER, BY OR FROM INFORMATION TRANSMITTED BY INDIVIDUALS WITH PERSONAL KNOWLEDGE OF THE EVENT OR ACT. THE ATTACHED FORM, PREPARED FROM THE ELECTRONIC ACCOUNT RECORDS, PROVIDES A RECORD OF EVERY TRANSACTION THROUGHOUT THE LIFE OF THIS ACCOUNT AND IS, THEREFORE, FAR MORE INCLUSIVE THAN ANY SINGLE ACCOUNT STATEMENT.

| EFFECTIVE DATE | TRAN TYPE | TERMS MEMO | TRAN AMOUNT | FIN/LATE CHARGE | APPLIED PRINCIPAL | PRINCIPAL BALANCE | NEW BALANCE |
|---|---|---|---|---|---|---|---|
| 11/17/11 | IN |    | 396.84  |         | 396.84  | 396.84 | 396.84 |
| 12/27/11 | FC | 48 | 6.94    | 6.94    |         | 396.84 | 403.78 |
| 01/04/12 | PY |    | 30.00-  | 6.94-   | 23.06-  | 373.78 | 373.78 |
| 01/25/12 | FC | 48 | 6.65    | 6.65    |         | 373.78 | 380.43 |
| 02/03/12 | DR | 45 | 10.00   | 10.00   |         | 373.78 | 390.43 |
| 02/03/12 | PY |    | 25.00-  | 16.65-  | 8.35-   | 365.43 | 365.43 |
| 02/26/12 | FC | 48 | 6.50    | 6.50    |         | 365.43 | 371.93 |
| 03/05/12 | DR | 45 | 10.00   | 10.00   |         | 365.43 | 381.93 |
| 03/23/12 | PY |    | 40.00-  | 16.50-  | 23.50-  | 341.93 | 341.93 |
| 03/25/12 | FC | 48 | 6.38    | 6.38    |         | 341.93 | 348.31 |
| 04/02/12 | DR | 45 | 10.00   | 10.00   |         | 341.93 | 358.31 |
| 04/25/12 | FC | 48 | 5.98    | 5.98    |         | 341.93 | 364.29 |
| 05/04/12 | DR | 45 | 10.00   | 10.00   |         | 341.93 | 374.29 |
| 05/18/12 | PY |    | 40.00-  | 32.36-  | 7.64-   | 334.29 | 334.29 |
| 05/25/12 | FC | 48 | 5.95    | 5.95    |         | 334.29 | 340.24 |
| 06/03/12 | DR | 45 | 10.00   | 10.00   |         | 334.29 | 350.24 |
| 06/18/12 | PY |    | 30.00-  | 15.95-  | 14.05-  | 320.24 | 320.24 |
| 06/26/12 | FC | 48 | 5.79    | 5.79    |         | 320.24 | 326.03 |
| 07/05/12 | DR | 45 | 10.00   | 10.00   |         | 320.24 | 336.03 |
| 07/24/12 | PY |    | 40.00-  | 15.79-  | 24.21-  | 296.03 | 296.03 |
| 07/25/12 | FC | 48 | 5.59    | 5.59    |         | 296.03 | 301.62 |
| 08/03/12 | DR | 45 | 10.00   | 10.00   |         | 296.03 | 311.62 |
| 08/16/12 | PY |    | 30.00-  | 15.59-  | 14.41-  | 281.62 | 281.62 |
| 08/26/12 | FC | 48 | 5.11    | 5.11    |         | 281.62 | 286.73 |
| 09/03/12 | DR | 45 | 10.00   | 10.00   |         | 281.62 | 296.73 |
| 09/07/12 | PY |    | 40.00-  | 15.11-  | 24.89-  | 256.73 | 256.73 |
| 09/25/12 | PY |    | 30.00-  |         | 30.00-  | 226.73 | 226.73 |
| 09/25/12 | FC | 48 | 4.68    | 4.68    |         | 226.73 | 231.41 |
| 10/03/12 | IN |    | 261.89  |         | 261.89  | 488.62 | 493.30 |
| 10/18/12 | IN |    | 79.95   |         | 79.95   | 568.57 | 573.25 |
| 10/25/12 | FC | 48 | 3.97    | 3.97    |         | 568.57 | 577.22 |
| 11/04/12 | DR | 45 | 10.00   | 10.00   |         | 568.57 | 587.22 |
| 11/27/12 | FC | 48 | 9.95    | 9.95    |         | 568.57 | 597.17 |
| 12/06/12 | DR | 45 | 10.00   | 10.00   |         | 568.57 | 607.17 |
| 12/25/12 | FC | 48 | 9.95    | 9.95    |         | 568.57 | 617.12 |
| 01/01/13 | DR | 45 | 10.00   | 10.00   |         | 568.57 | 627.12 |
| 01/25/13 | FC | 48 | 9.95    | 9.95    |         | 568.57 | 637.07 |
| 02/03/13 | DR | 45 | 10.00   | 10.00   |         | 568.57 | 647.07 |
| 02/21/13 | PY |    | 19.00-  | 19.00-  |         | 568.57 | 628.07 |
| 02/22/13 | CR | 21 | 1.00-   |         | 1.00-   | 567.57 | 627.07 |
| 03/07/13 | PY |    | 19.00-  | 19.00-  |         | 567.57 | 608.07 |
| 03/22/13 | CR | 21 | 1.00-   |         | 1.00-   | 566.57 | 607.07 |
| 04/12/13 | PY |    | 19.00-  | 19.00-  |         | 566.57 | 588.07 |
| 04/25/13 | CR | 21 | 1.00-   |         | 1.00-   | 565.57 | 587.07 |
| 07/25/13 | FC | 48 | 9.90    | 9.90    |         | 565.57 | 596.97 |
| 08/04/13 | DR | 45 | 10.00   | 10.00   |         | 565.57 | 606.97 |

# EXHIBIT "C"



(608) 325-5121   (800) 538-4658   Fax: (608) 325-4738

P.O. BOX 273
MONROE, WI 53566

**RETURN SERVICE REQUESTED**

A QUANTUM FINANCIAL GROUP COMPANY

MIXED AADC 530          #697     T4

Alexander, Samantha
708 24Th Ave Nw Apt E
Birmingham, AL  35215-3038

Reference #  987430

July 22, 2016

| | Amount Due |
|---|---|
| SEE ACCOUNT LIST AND ADDITIONAL INFORMATION ON BACK | $606.97 |

# DEMAND NOTICE!

WAIT!!!  Before you put this notice down,
send us your full amount.

You will take notice that your Creditor has a claim against you.
Said debt is now overdue, and this debt has to be paid.

> Federal law requires that we inform you that this is an attempt to collect a debt and any information obtained may be used for that purpose.  This communication is from a debt collector.

*Detach and Return with Payment*

Enclosing this notice with your payment will expedite credit to your account.

**If any of the following has changed, please indicate:**
New Name:
Street:
City:                State:       Zip:
Home Phone:
Business Phone:
Cell Phone:
E-Mail:

By providing us with this contact information you are authorizing us to use it to contact you via mail, phones (including the use of predictive dialing), and e-mail.

SEE PAYMENT OPTIONS ON BACK

C L:261-DEMAND   DE:987430   DA:07/22/16
Amt Due: $606.97      Name:   Alexander, Samantha

CREDIT BUREAU CENTRE
P.O. BOX 273
MONROE, WI  53566-0273

Case 16-00083-TOM   Doc 1   Filed 08/11/16   Entered 08/11/16 10:36:39   Desc Main
Document      Page 10 of 12

**Exhibit C - Page 2 of 2**

## ACCOUNT LIST

| Acct # | Creditor | Creditor's Acct # | Patient | Balance |
|---|---|---|---|---|
| 1013656 | K JORDAN | 2041906139 | B2J | $606.97 |

---

Detach and Return with Payment

---

**We accept checks by phone! It's FREE! Call us now, it's quick and easy and will save you the cost and trouble of mailing a payment.**

**We Accept Credit Cards!** You may either call our office with the information, or fill in and fax or mail it.

☐ VISA  ☐ Mastercard  ☐ Discover

Credit Card #: _____  CVV#: _____

Expiration Date: _____   Last 3 digits following card # on back

Amount Paid: _____

Signature:

Mail payments to: CREDIT BUREAU CENTRE, P.O. BOX 273, MONROE, WI 53566
Call in credit card or checks by phone at: (608) 325-5121 or (888) 273-2474
Fax in credit card payments to: (608) 325-4738

# CERTIFICATE OF SERVICE

       I hereby certify that I have served a copy of the above and foregoing pleading upon the following by depositing a copy of the same in the United States mail, properly addressed and adequate postage thereon this the 11th day of August, 2016.

| | |
|---|---|
| Mason Companies, Inc.<br>1251 First Avenue<br>Chippewa Falls, WI 54729 | Monroe Enterprise, Inc.<br>1804 10th Street<br>Monroe, WI 53566 |

                                                  /s/ *Bradford W. Botes*
                                                  Bradford W. Botes