```
                          United States Bankruptcy Court
                          Northern District of Alabama
```

Alexander,
        Plaintiff                                              Adv. Proc. No. 16-00083-TOM

Mason Companies, Inc.,
        Defendant                    **CERTIFICATE OF NOTICE**

District/off: 1126-2          User: ltumlin            Page 1 of 1            Date Rcvd: Nov 07, 2016
                              Form ID: pdf000          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2016.
dft            +Mason Companies, Inc.,    1251 First Avenue,    Chippewa Falls, WI 54729-1691
dft            +Monroe Enterprise, Inc.,   1804 10th Street,    Monroe, WI 53566-1829
pla            +Samantha Eden Alexander,   708 24th Avenue NW,   Apartment E,   Birmingham, AL 35215-3038

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2016 at the address(es) listed below:
              Bradford W. Botes    on behalf of Plaintiff Samantha Eden Alexander ecfbirmingham@bondnbotes.com,
               pn.igotnotices@gmail.com;bbrs.sort@gmail.com;bbrs.igotnotices@gmail.com;bbrs.sort2@gmail.com;po.i
               gotnotices@gmail.com;aw.igotnotices@gmail.com
              C. David Cottingham (Acting)    ctmail@ch13bham.com,   bhamch13@ecf.epiqsystems.com
                                                                                                    TOTAL: 2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No.: 13-05269-TOM |
| Samantha Eden Alexander | ) | |
| | ) | Chapter 13 |
| Debtor, | ) | |
| | ) | |
| Samantha Eden Alexander | ) | |
| | ) | |
| Plaintiff, | ) | ADVERSARY PROCEEDING |
| | ) | |
| Mason Companies, Inc.; and | ) | NO.: 16-00083-TOM |
| Monroe Enterprises, Inc. | ) | |
| | ) | |
| Defendants, | ) | |

## NOTICE AND ORDER

Notice is hereby given that on November 4, 2016, the Plaintiff filed a Motion to Set Aside the Clerk's Entry of Default against Monroe Enterprises, Inc. and to Approve Compromise. According to the Motion, the Plaintiff and Defendant, Monroe Enterprises, Inc. have settled the claims in this adversary proceeding against Defendant, Monroe Enterprises, Inc. The Plaintiff requests that the Court approve the agreed upon terms of the settlement, as set forth in the Motion:

1. Defendant, Monroe Enterprises, Inc., is to pay to Plaintiff a sum of $5,000.00 to be distributed as follows:

    A. Payment to the Plaintiff/Debtor, Samantha Eden Alexander, in the amount of $1,250.00.
    B. Payment to the Standing Chapter 13 Trustee in the amount of $1,250.00 to be applied towards the Debtor's Chapter 13 Plan.
    C. Payment for attorney's fees and costs in the amount of $2,500.00 to counsel, Bond, Botes, Reese & Shinn, P.C.

2. The Entry of Default against the Defendant, Monroe Enterprises, Inc. is hereby set aside.

3. Monroe Enterprises, Inc. is dismissed with prejudice from this adversary proceeding.

It appears that the Motion to Set Aside Default Judgment against Monroe Enterprises, Inc. and Approve Compromise is due to be granted.

It is therefore **ORDERED, ADJUDGED and DECREED** that:

The Motion shall be deemed **GRANTED** unless a written objection and request for hearing are filed with the Clerk of Court within 21 days of the date of this notice. If a written objection is filed, a hearing will be scheduled to consider both the Motion and the objection.

If no objections are filed then the parties' settlement agreement as set forth in the Motion is **APPROVED** and Monroe Enterprises, Inc. is **DISMISSED** with prejudice from this adversary proceeding.

Dated: November 7, 2016                /s/ Tamara O. Mitchell
                                        TAMARA O. MITCHELL
                                        United States Bankruptcy Judge